UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff

v.                             Case No. 25-30138
                                Originating No.  25cr055

**WALTER CLAYRON RUFF, JR.,**

        Defendant.
_____/

## **GOVERNMENT'S PETITION**
## **FOR TRANSFER OF DEFENDANT TO**
## **ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the

United States of America hereby petitions the Court for an order transferring defendant

**WALTER CLAYRON RUFF, JR.,** to answer to charges pending in another federal

district, and states:

1.   On **March 13, 2025,** defendant was arrested in the Eastern District

Michigan in connection with a federal arrest warrant issued in the **District of**

**South Carolina based on a Bench Warrant**.  Defendant is charged in that district with

violations of  **Failure to Appear for Arraignment.**

2.  Rule 5 requires this Court to determine whether defendant is the person

named in the arrest warrant and is entitled to a preliminary examination as described in

Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

JULIE BECK
Acting United States Attorney


s/*Tara Hindelang*
TARA HINDELANG
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: March 13, 2025